UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DE JESUS CASTANEDA-FAJARDO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, California City Correctional Center,<br><br>Respondents. | No. 2:26-cv-01099-TLN-SCR<br><br><br>**RELATED CASE ORDER** |
| JUAN DE JESUS CASTANEDA-FAJARDO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, California City Correctional Center,<br><br>Respondents. | No. 1:26-cv-02732-DC-CKD |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

1

this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 1:26-cv-02732-DC-CKD is reassigned to District Judge Troy L. Nunley and Magistrate Judge Sean C. Riordan and the caption shall read 1:26-cv-02732-TLN-SCR.  Any dates currently set in 1:26-cv-02732-DC-CKD are hereby VACATED.  The Clerk of Court shall make the appropriate adjustment in the assignment of the civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 15, 2026

_____
Troy L. Nunley
Chief United States District Judge

2